FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

May 21, 2026

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| COREY BITTON*, individually and the marital community comprised thereof*, TAMARA BITTON, *individually and the marital community comprised thereof*, GREAT BASIN LAND CO., LLC, *a Washington limited liability company*, GREAT BASIN LAND CO. II, LLC, *a Washington limited liability company*, and SPRITZ, INC, *a Washington limited liability company*,<br><br>      Plaintiffs,<br><br>  -vs-<br><br>CITY OF PASCO, *a Washington municipal corporation,* TROY HENDREN, *in his official and individual capacity,* RICK WHITE, *in his official and individual capacity,* and JOHN AND JANE DOES 1 - 10,<br><br>      Defendants. | No. 4:26-CV-05007-JAG<br><br>ORDER AUTHORIZING AMENDED COMPLAINT |

ORDER - 1

**BEFORE THE COURT** is Defendants' Motion for Judgment on the Pleadings. ECF No. 8. For the reasons detailed below, Defendants' Motion is denied with the right to renew.

## I.     ANALYSIS

The standard for a motion for judgment on the pleadings mirrors that of a Fed. R. Civ. P. 12(b)(6) motion. *Cafasso v. Gen. Dynamics C4 Sys., Inc.*, 637 F.3d 1047, 1054 n.4 (9th Cir. 2011) (citing *Dworkin v. Hustler Magazine Inc.*, 867 F.2d 1188, 1192 (9th Cir. 1989)) To survive a 12(c) motion for judgment on the pleading, a complaint must allege sufficient facts to raise the right to relief beyond a speculative level. *Bell Atlantic Corp. v. Twombly,* 550 U.S. 544 (2007). The complaint provides a defendant notice of the claim(s) being made and the facts a plaintiff asserts supports those claims. "Federal Rule of Civil Procedure 8(a)(2) requires only a short and plain statement of the claim showing that the pleader is entitled to relief, in order to give the defendant fair notice of what the… claim is and the grounds upon which it rests." *Bell Atlantic Corp. v. Twombly*, 550 U.S. 544, 555 (2007) (internal citations omitted). Courts need not accept as true legal conclusions-- "[t]hreadbare recitals of the elements of a cause of action, supported by mere conclusory statements." *Ashcroft v. Iqbal,* 556 U.S. 662, 678 (2009). Only a complaint that states a plausible claim for relief with well-pleaded facts demonstrating the pleader's entitlement to relief can survive a motion to dismiss. *Id.* at 679. "The plausibility of a pleading thus derives from its well-pleaded factual allegations." *Whitaker v. Tesla Motors, Inc.*, 985 F.3d 1173, 1176 (9th Cir. 2021). Discovery cannot save an insufficiently factually supported complaint. *Twombly,* 550 U.S. at 559, 127 ("It is no answer to say that a claim just shy of a plausible entitlement to relief can, if groundless, be weeded out early in the discovery process through careful case management given the common lament that the success of judicial

ORDER - 2

supervision in checking discovery abuse has been on the modest side" (internal quotation marks and citation omitted).

Plaintiff's complaint lacks sufficient factual basis for Defendant to respond to the claims. Though Plaintiff refers to the three addresses in question, the complaint does not specify when the permits were issued, who issued the permits, what the permits were for (aside from general descriptions, *e.g.* construction of a swimming pool, pool house, and retaining wall), what specific enforcement actions were taken, how Defendants acted unlawfully, which Defendant allegedly acted unlawfully, or how the individually named Defendants acted outside their official capacity. The lack of specifics make it impossible for Defendants to answer or address the claims. Rather than dismissing the suit for lack of factual support the Court will grant Plaintiffs' request to authorize filing an amended complaint.

Accordingly, **IT IS HEREBY ORDERED**:

1. Defendants' Motion for Judgment on the Pleadings, **ECF No. 8,** is **DENIED WITH THE RIGHT TO RENEW**.

2. Plaintiff shall file an amended complaint no later than **30 days from the filing of this order.**

**IT IS SO ORDERED.** The District Court Executive is directed to file this Order and provide copies to counsel.

DATED May 21, 2026.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 3